IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JENNA SCHAFER AND WALTER SCHAFER,<br><br>     Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION,<br><br>     Defendant. | CV-20-55-BU-BMM<br><br>ORDER TO DISMISS WITHOUT PREJUDICE AND ALLOW PLAINTIFFS TO FILE AMENDED COMPLAINT |

Upon the unopposed Motion filed by the Plaintiffs, with no objection from Defendant's Counsel and good cause appearing:

Accordingly, **IT IS ORDERED** that Plaintiffs' Motion to Dismiss without Prejudice (Doc. 13) is **GRANTED**.

1. Plaintiffs' complaint is dismissed without prejudice.

2. Plaintiff's shall have ninety (90) days from the date of this Order to file an amended complaint.

  Dated this 4th day of December, 2020.

                  Brian Morris, Chief District Judge
                  United States District Court